**WO**                                                                                           BL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edward B. Carpenter, ) | No. CV 05-3302-PHX-MHM (DKD) |
| Plaintiff, ) | **ORDER TO SHOW CAUSE** |
| vs. ) | |
| Maricopa County Sheriff's Office, et al., ) | |
| Defendants. ) | |

Plaintiff Edward B. Carpenter, formerly confined in the Maricopa County Tent City Jail has filed with the Clerk of Court a *pro se* Complaint pursuant to 42 U.S.C. § 1983. Plaintiff was granted leave to proceed *in forma pauperis* and assessed the statutory filing fee of $250.00. (Doc. #4). Plaintiff filed a notice of change of address, indicating that he has been released from imprisonment. (Doc. # 9). Currently, Plaintiff owes $226.92. Plaintiff was cautioned that in the event of his release, he would be required to pay the balance within 120 days. Plaintiff was warned that failure to do so would result in the dismissal of this action unless he showed good cause in writing why he was unable to pay.

Accordingly, Plaintiff will be given 30 days in which to respond to this Order in writing. Plaintiff's response to this Order must include: (1) a statement of Plaintiff's date of release; and (2) Plaintiff's affirmation that he has paid or will pay the unpaid balance of the filing fee in full no later than 120 days from the date of his release or Plaintiff's affidavit under penalty of perjury demonstrating good cause why he is presently unable to pay the outstanding balance of the filing fee. See 28 U.S.C. § 1746 (the oath requirement may be satisfied when a person declares under penalty of perjury that the submission is true and

**JDDL**

1 correct, and signs and dates the statement). Of course, in lieu of filing a Response, Plaintiff
2 may simply submit the balance owed towards the filing fee.

3 Plaintiff should take notice that if he fails to timely comply with every provision of
4 this Order, or any order entered in this matter, this action will be dismissed pursuant to Rule
5 41(b) of the Federal Rules of Civil Procedure.  See Ferdik v. Bonzelet, 963 F.2d 1258 (9th
6 Cir. 1992) (district court may dismiss action for failure to comply with any order of the
7 court).

8 **IT IS THEREFORE ORDERED THAT:**

9 (1) The reference to the Magistrate Judge is withdrawn as to the payment of the filing
10 fee in this case. All other matters in this action shall remain with the Magistrate Judge for
11 disposition as appropriate.

12 (2)  Plaintiff shall have 30 days from the date this Order is filed to either (a) pay the
13 226.92 balance owed toward the 250.00 filing fee or (b) file a response in writing in
14 compliance with this Order.

15 (3) The Clerk of Court shall enter a judgment of dismissal of this action without
16 prejudice and without further notice if Plaintiff fails to file a response within 30 days of the
17 date this Order is filed.

18 DATED this 19th day of May, 2006.

19
20
21 _____
        Mary H. Murguia
22      United States District Judge
23
24
25
26
27
28

JDDL

- 2 -